EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2006 TSPR 38 |
| | 166 DPR _____ |
| Angel T. Berríos Pagán | |

Número del Caso: TS-3019

Fecha: 7 de febrero de 2006

Abogado del Peticionario:

Lcdo. Arturo Negrón García

Materia: Conducta Profesional
        (La suspensión del abogado advino final y firme el día 9 de
        marzo de 2006)

Este documento constituye un documento oficial del Tribunal
Supremo que está sujeto a los cambios y correcciones del proceso
de compilación y publicación oficial de las decisiones del
Tribunal. Su distribución electrónica se hace como un servicio
público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

TS-3019

Angel T. Berríos Pagán

PER CURIAM

San Juan, Puerto Rico, a 7 de febrero de 2006

El 3 de agosto de 2005 recibimos copia de una Resolución dictada por la Hon. Lourdes Velázquez Cajigas en el caso Pueblo de Puerto Rico v. Ángel T. Berríos Pagán, KSC2005G146, KSC2005G0147, KSC2005G0148. En la Resolución se reseñan los siguientes hechos:

El Ministerio Público presentó cargos por posesión de sustancias controladas contra el Lcdo. Ángel T. Berríos Pagán, por hechos alegadamente ocurridos en diciembre de 2004. En dicho caso, el acusado presentó una moción notificando la defensa de incapacidad mental para enfrentar el procedimiento

penal en su contra y la inimputabilidad de éste al momento de los hechos.

El licenciado Berríos Pagán fue sometido entonces a una evaluación médica por el Dr. Rafael Cabrera Aguilar, perito siquiatra del tribunal. Éste concluyó que el acusado reflejaba un desorden mental, una capacidad de abstracción disminuida y afecto inapropiado producto del uso de sustancias controladas, por lo que concluyó que en su opinión pericial el acusado no se encontraba procesable para enfrentar el proceso penal pendiente en su contra y ayudar en su defensa. El doctor Cabrera recomendó que el licenciado Berríos Pagán ingresara a un programa de rehabilitación.

Como resultado de lo anterior, el tribunal de instancia ordenó el ingreso del licenciado Berríos Pagán a un centro de rehabilitación.

La Hon. Juez Válazquez Cajigas señaló en su Resolución que, como "medida cautelar en protección del licenciado Berríos Pagán, de la comunidad jurídica" y de las personas que le pudieran requerir sus servicios profesionales, solicitó de éste, al igual que de su abogado, el compromiso de que el licenciado Berríos Pagán "no asumiera la representación legal de ningún imputado ni compareciera al tribunal en tal carácter hasta que finalice su tratamiento." El tribunal aclaró que no estaba tomando acción disciplinaria alguna, pues ello era función de este Tribunal.

La Juez Velázquez Cajigas resaltó en la Resolución, que posteriormente advino en conocimiento, por información que le fue suministrada por abogados y jueces, que el licenciado Berríos había comparecido ante distintas salas judiciales en representación de distintas personas.

Habida cuenta de lo anterior, la Juez Velázquez Cajigas emitió la Resolución que nos ocupa y refirió la misma ante nuestra atención.

Notificados de la Resolución de la Juez Velázquez Cajigas, le concedimos al licenciado Berríos Pagán y a su representante legal, el Lic. Arturo Negrón García, un término para que se expresaran sobre la misma.

El licenciado Negrón García en representación de su cliente compareció ante nosotros. En su comparecencia nos informó que el licenciado Berríos Pagán, luego de estar recluido en un centro de rehabilitación, fue evaluado nuevamente por el doctor Cabrera quien lo encontró en esta ocasión procesable. Posteriormente se señaló el juicio en su fondo para el 26 de septiembre de 2005.

En esa ocasión, el licenciado Berríos Pagán se acogió a los beneficios del procedimiento de desvío que contempla la Regla 247.1 de las Reglas de Procedimiento Criminal. 34 L.P.R.A. Ap. II, R.247.1. Indicó el licenciado Negrón García que el licenciado Berríos estará "a prueba por un período de tres (3) años, al final de cuyo término podrá ser exonerado y su caso sobreseído, si ha cumplido con las condiciones del programa." Se informó también que el licenciado Berríos "padece de una enfermedad de adicción a

sustancias controladas, para la que recibe tratamiento en estos momentos."

Finalmente se indicó que, de entenderlo necesario, este Tribunal puede suspender temporeramente al licenciado Berríos Pagán del ejercicio de la profesión legal, "hasta tanto pueda certificar a este Honorable Tribunal su total capacitación para ejercerla"; o, iniciar el procedimiento establecido en la Regla 15 del Reglamento del Tribunal Supremo, 4 L.P.R.A Ap. XXI-A, R.15, para los casos de incapacidad mental de abogados.

Evaluados los hechos antes mencionados, en particular la propia comparecencia del Lcdo. Ángel Berríos Pagán a través de su representación legal, el Tribunal le separa temporeramente del ejercicio de la abogacía hasta tanto éste nos pueda acreditar que está capacitado para ejercer la misma nuevamente, por no padecer ya de su enfermedad de adicción a sustancias controladas. Esta separación será efectiva a partir de la notificación de la presente Opinión Per Curiam y Sentencia, al licenciado Berríos.

Se le ordena al licenciado Berríos Pagan notificar a todos sus clientes de su presente inhabilidad para seguir representándolos, les devuelva cualesquiera honorarios recibidos por trabajos no realizados, e informe oportunamente de su suspensión a los distintos foros judiciales y administrativos del País. Además deberá certificarnos dentro del término de treinta (30) días, contados a partir de la notificación de esta Opinión Per Curiam y Sentencia, el cumplimiento de estos deberes.

El Alguacil General de este Tribunal procederá a incautarse de la obra notarial del licenciado Berríos Pagán, incluyendo sello notarial, debiendo entregar la misma a la Oficina de Inspección de Notarías para el correspondiente examen e informe a este Tribunal.

Se ordena a su vez que esta Opinión Per Curiam y Sentencia sea notificada personalmente al licenciado Berríos Pagán por la Oficina del Alguacil General de este Tribunal

Se dictará sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

                                    TS-3019

Angel T. Berríos Pagán

SENTENCIA

San Juan, Puerto Rico, a 7 de febrero de 2006

        Por los fundamentos expuestos en la Opinión de Per Curiam que antecede, la cual se hace formar parte íntegra de la presente, se decreta la suspensión temporera del Lcdo. Ángel T. Berríos Pagán del ejercicio de la abogacía hasta tanto éste nos pueda acredita que está capacitado para ejercer la misma nuevamente, por no padecer ya de su enfermedad de adicción a sustancias controladas.

        Se le ordena al licenciado Berríos Pagán notificar a todos sus clientes de su presente inhabilidad para seguir representándolos, les devuelva cualesquiera honorarios recibidos por trabajos no realizados, e informe oportunamente de su suspensión a los distintos foros judiciales y administrativos del País. Además deberá certificarnos dentro del término de treinta (30) días, contados a partir de la notificación de esta Opinión Per Curiam y Sentencia, el cumplimiento de estos deberes.

        El Alguacil General de este Tribunal procederá a incautarse de la obra notarial del licenciado Berríos

Pagán, incluyendo sello notarial, debiendo entregar la misma a la Oficina de Inspección de Notarías para el correspondiente examen e informe a este Tribunal.

Se ordena a su vez que esta Opinión Per Curiam y Sentencia sea notificada personalmente al licenciado Berríos Pagán por la Oficina del Alguacil General

Así lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo.  El Juez Asociado señor Fuster Berlingeri no intervino.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo